IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

VASUDEV PATEL                                                    PETITIONER

v.                              CIVIL ACTION NO. 5:20-cv-54-DCB-MTP

SHAWN GILLIS                                                     RESPONDENT

## ORDER

This matter is before the Court on Magistrate Judge Michael T. Parker's Report and Recommendation [ECF No. 21], to which no objections have been filed. Having carefully reviewed the Report and Recommendation, the Court finds it to be well taken and shall adopt it as the findings and conclusions of this Court.

Magistrate Judge Parker finds that Petitioner Vasudev Patel's Amended Petition for Writ of Habeas Corpus [ECF No. 15] should be denied as moot. The Petitioner was removed to India on June 1, 2020. Because the only relief Petitioner seeks is his release from immigration custody, his Petition became moot upon his deportation from the United States. See Ighekpe v. Sourkaris, 2006 WL 297746, at *2 (N.D. Tex. Jan. 30, 2006) (citing Odus v. Ashcroft, 61 F. App'x 121 (5th Cir. 2003)); Lay v. I.N.S., 2002 WL 32494536, at *1 (N.D. Tex. Dec. 17, 2002).

Accordingly,

IT IS HEREBY ORDERED that the Court ADOPTS Magistrate Judge Michael T. Parker's Report and Recommendation [ECF No. 21] as the findings and conclusions of this Court;

IT IS FURTHER ORDERED that the Respondent's Motion to Dismiss [ECF No. 20] is GRANTED;

IT IS FURTHER ORDERED that Vasudev Patel's Amended Petition for Writ of Habeas Corpus [ECF No. 15] is DISMISSED with prejudice as moot.

A final judgment shall be entered of even date herewith in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this the 18th day of August, 2020.

          /s/ David Bramlette
          UNITED STATES DISTRICT JUDGE